# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Perkin, Henry S. | 2. Court or Organization<br><br>Pennsylvania-Eastern District | 3. Date of Report<br><br>04/14/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge - Full-time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

| 7. Chambers or Office Address<br><br>504 Hamilton Street<br>Suite 4401<br>Allentown, PA 18101 |
|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2018 | Lehigh County Employee Retirement Plan with Lehigh County, Pennsylvania, former employer |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Perkin, Henry S. | 04/14/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Service Electric Cable T.V., Inc.; Value of cable service for permitting access to investment properties formerly owned. | $1,696.56 |
| 2. 2018 | County of Lehigh Pension | $35,218.80 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Lawyers Association | 3/23/2018 and 3/24/2018 | Ritz Carlton, New York, NY | Annual Dinner | Lodging New York City and transport for the annual dinner honoring the Federal Judiciary |
| 2. | U.S. Magistrate's Judges Workshop | July 30 to August 3, 2018 | Denver, CO | Judicial Conference | Lodging, dinner, conference cost and airfare |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Perkin, Henry S. | 04/14/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Perkin, Henry S. | 04/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Bank (Bank Accounts and CDs) | A | Interest | J | T | | | | | |
| 2. BB&T - Bank Accounts | A | Interest | K | T | | | | | |
| 3. PNC - Bank Accounts & CDs | A | Interest | J | T | | | | | |
| 4. American Heritage Federal Credit Union (Bank Accounts and CDs) | C | Interest | M | T | | | | | |
| 5. Provident Bank | A | Interest | L | T | | | | | |
| 6. Brokerage Account #1 | | | | | | | | | |
| 7. -Intel Corporation Common Stock | A | Dividend | J | T | | | | | |
| 8. -Orasure Common Stock | A | Dividend | J | T | | | | | |
| 9. Pfizer Common Stock | A | Dividend | J | T | | | | | |
| 10. Abercrombie & Fitch Common Stock | A | Dividend | J | T | | | | | |
| 11. Micorosft Corp. Common Stock | A | Dividend | J | T | | | | | |
| 12. IBM Corporation Common Stock | A | Dividend | J | T | | | | | |
| 13. Carnival Corporation Common Stock | A | Dividend | J | T | | | | | |
| 14. General ElecticCompany Common Stock | A | Dividend | | | Sold | 09/12/18 | J | A | |
| 15. The Walt Disney Company Common Stock | A | Dividend | K | T | | | | | |
| 16. Merck & Company, Inc. Cmmon Stock | A | Dividend | J | T | | | | | |
| 17. Intel Corporation Common Stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Perkin, Henry S. | 04/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Xerox Corp. Common Stock | A | Dividend | J | T | | | | | |
| 19. American Bank Inc. Common Stock | A | Dividend | J | T | | | | | |
| 20. American Capital Trust | A | Dividend | J | T | | | | | |
| 21. Vanguard Value Index Fund | B | Dividend | L | T | | | | | |
| 22. Vanguard GNMA Fund Investsors Shares | B | Dividend | K | T | | | | | |
| 23. Vanguard Intermediate Term Tax Exempt Bond Fund | A | Dividend | L | T | | | | | |
| 24. Dodge & Cox Balanced Fund | B | Dividend | M | T | Open | 04/13/18 | K | | |
| 25. Harbor International Fund | B | Dividend | M | T | | | | | |
| 26. Lehigh County Agricultural Society Common Stock | | None | J | T | | | | | |
| 27. IRA #1 | | | | | | | | | |
| 28. - Fidelity Asset Manager 50% | D | Dividend | M | T | | | | | |
| 29. IRA #3 | | | | | | | | | |
| 30. - Dodge & Cox Balanced Fund | A | Dividend | J | T | | | | | |
| 31. IRA #4 | | | | | | | | | |
| 32. - Dodge & Cox Balanced Fund | A | Dividend | J | T | | | | | |
| 33. IRA #5 | | | | | | | | | |
| 34. - TR Price Midcap Growth Fund | B | Dividend | K | T | Redeemed (part) | 06/04/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Perkin, Henry S. | 04/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.  - TR Price Global Bond | B | Dividend | K | T | Buy | 06/06/18 | K | | |
| 36.  - Ultra Short Term Bond | B | Dividend | K | T | Buy | 06/06/18 | J | | |
| 37.  IRA #6 | | | | | | | | | |
| 38.  - Vanguard Wellseley Fund | B | Dividend | | | Sold | 01/29/18 | N | | |
| 39.  Mass Mutual Life Insurance Whole Life | A | Dividend | K | T | | | | | |
| 40.  Mass Mutual Life Insurance Whole Life | A | Dividend | J | T | | | | | |
| 41.  Mass Mutual Life Insurance Whole Life | A | Dividend | J | T | | | | | |
| 42.  Mass Mutual Life Insurance Whole Life | A | Dividend | J | T | | | | | |
| 43.  Mass Mutual Life Insurance Whole Life | A | Dividend | J | T | | | | | |
| 44.  New York Life Insurance Co. Universal Life | B | Interest | K | T | | | | | |
| 45.  New York Life Insurance Co. Universal Life | A | Interest | K | T | | | | | |
| 46.  United States Savings Bonds | B | Interest | M | T | | | | | |
| 47.  Citadel Broadcasting System Common Stock | A | Dividend | J | T | | | | | |
| 48.  Cigna Corporation formerlyExpress Scripts Holding Company Common Stock | | None | J | T | | | | | |
| 49.  Fidelity Charitable Gift Fund | A | Dividend | J | T | | | | | |
| 50.  Santander Bank | A | Interest | J | T | | | | | |
| 51.  IRA #9 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Perkin, Henry S. | 04/14/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.  -Fidelity Gov't Money Market | A | Interest | K | T | | | | | |
| 53.  -Fidelity Low Priced Stock | A | Dividend | K | T | | | | | |
| 54.  -Spartan Total Market Index | A | Dividend | K | T | | | | | |
| 55.  VOYA Indexed Annuity | A | Interest | K | T | | | | | |
| 56.  Vanguard Tax Managed Balance Fund | A | Dividend | K | T | | | | | |
| 57.  Vanguard Prime Money Market | A | Interest | J | T | | | | | |
| 58.  Novartis Common Stock | A | Dividend | J | T | | | | | |
| 59.  VT Western Asset Core Plus | A | Dividend | | | Sold | 01/18/18 | J | | |
| 60.  Conduent | | None | J | T | | | | | |
| 61.  Firstrust Savings Bank | C | Interest | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Perkin, Henry S. | 04/14/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Vanguard Total Stock Market Index Fund was incorrectly reported in IRA #7 in my past financial disclosures. This was sold in 2015 for $58,000 and invested in IRA #6 which set forth on line 38 of this report.
2. Line 48 identifies Cigma Corporation. This was formerly Express Scripts Holding Company which merged with Cigna Corporation.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Henry S. Perkin**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544